**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 4/26/2022 _

**PATRICK LOPRESTI et al,**

                           **Plaintiff(s),**

          **-against-**

**JOSEPH GURRIERI,**

                         **Defendant.**

-------------------------------------------------------------------X

**16-CV-0535 (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On April 18, 2022, this case was reassigned to me from United States Magistrate Judge

Debra C. Freeman, to conduct all proceedings in accordance with 28 U.S.C. § 636(c) and Fed. R.

Civ. P. 73. The parties are ordered to file a joint status letter no later than **May 3, 2022**,

providing the Court with a joint letter outlining the status of the case.

**SO ORDERED.**

DATED:     New York, New York
              April 26, 2022

_____
VALERIE FIGUEREDO
United States Magistrate Judge