UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICK LOPRESTI et al.,

                            Plaintiffs,        **16-CV-0535 (VF)**

            -against-                      **ORDER**

JOSEPH GURRIERI,

                            Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to submit a joint letter by no later than **Friday, September 30, 2022**, providing the court with any status updates regarding the pending bankruptcy proceeding since the parties last letter filed on May 2, 2022 (ECF No. 33).

      **SO ORDERED.**

DATED:     New York, New York
               August 31, 2022

                                                   _____
                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge